UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUBEN ORLANDO ESCOBAR,

    Petitioner,

-vs-                            **CASE NO: 8:07-CV-1979-T-30EAJ**
                                    Crim. Case No. 8:02-cr-228-T-30EAJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **ORDER**

    THIS CAUSE is before the Court upon Petitioner's Motion to Vacate the denial of his §2255 Motion (Dkt. #14). In the Motion, Petitioner notes that this Court entered its Order prior to receiving his Reply to the Government's Response. The Court has now reviewed Petitioner's Reply (Dkt. #11) and has concluded that nothing in the Reply changes the outcome of any of the issues in the Petition. Petitioner merely reargues what he had argued before, although he does attempt to give names of witnesses he would have called if given the opportunity. He does not state that he gave the names and addresses of these witnesses to counsel prior to his trial. At any rate, it is improper to raise new issues in the form of a reply because the Government does not have an opportunity to respond to the new issues.

    Since Petitioner's Reply does not change this Court's prior Order in any respect, Petitioner's Motion to Vacate the denial of his §2255 Motion (Dkt. #14) is hereby DENIED.

    **DONE** and **ORDERED** in Tampa, Florida on May 12, 2008.

                                                                 JAMES S. MOODY, JR.
                                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel/Parties of Record

F:\Docs\2007\07-cv-1979.mot vacate 14.wpd